**No. 10-864. Bill Harbert International Construction, Inc., et al., Petitioners v. United States.**

563 U.S. 987, 131 S. Ct. 2443, 179 L. Ed. 2d 1208, 2011 U.S. LEXIS 3787.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 391 U.S. App. D.C. 165, 608 F.3d 871.